**Electronically Filed**
**Supreme Court**
**SCPR-20-0000532**
**11-SEP-2020**
**08:43 AM**

SCPR-20-0000532

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN RE HILARY BENSON GANGNES, Petitioner.

---

ORIGINAL PROCEEDING

ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson JJ.,
and Intermediate Court of Appeals Associate Judge Chan,
assigned by reason of vacancy)

Upon consideration of the petition to resign and surrender her license to practice law in the State of Hawaiʻi, filed by the Honorable Hilary Benson Gangnes (Ret.), pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner Gangnes has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that Petitioner Gangnes shall be allowed to maintain her paper law license as a memento.

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Hilary Benson Gangnes, attorney number 5549, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, September 11, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Derrick H.M. Chan

